UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ZACHARY DZIKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:24-cv-00451-JRS-MG |
| | ) |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**Final Judgment**

The Administrative Law Judge's decision is **reversed and remanded** to the Social Security Administration under 42 U.S.C. § 405(g) (sentence four) for further proceedings. This case is closed.

**SO ORDERED.**

Date: 9/10/2025

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution by CM/ECF to registered counsel of record.